**Fill in this information to identify the case:**

Debtor name  **North Texas Marina Investments, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS, WACO DIVISION

Case number (if known)  **20-60321**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.........................................................  $  **1,815,842.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................  $  **1,080,238.72**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................  $  **2,896,080.72**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................................  $  **1,922,785.15**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................................  $  **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................  +$  **105,985.25**

4.  **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b          $  **2,028,770.40**

Software Copyright (c) 2020 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **North Texas Marina Investments, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS, WACO DIVISION

Case number (if known) **20-60321**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:  Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | **$2,000.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **Savings** | **3700** | $125.00 |
| 3.2. | **Wells Fargo Bank** | **Checking** | **4708** | $31,199.35 |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | **PayPal** | | $0.00 |

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$33,324.35**

**Part 2:  Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:  Accounts receivable**

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **North Texas Marina Investments, LLC** | Case number *(If known)* 20-60321 |
|---|---|---|
| | Name | |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **4,910.48** | - | **0.00** | = .... | **$4,910.48** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | **$4,910.48** |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | |

### Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **Bait shack inventory:** **Tackle** **Minnow buckets** **Fishing accessories** | 5/1/2020 | $1,600.00 | Market | $1,600.00 |
| **Live bait inventory:** **15 lbs of minnows ($502.00)** **4 lbs of perch ($160.00)** | 5/1/2020 | $662.00 | Market | $662.00 |
| **Other bait inventory:** **Shad** **Worms** **Shrimp** **Liver** | 5/1/2020 | $140.00 | Market | $140.00 |
| **Various new boat and watercraft parts (inventory list by part number available)** | 5/1/2019 | $694,346.89 | Market | $694,346.89 |
| 22. **Other inventory or supplies** | | | | |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **North Texas Marina Investments, LLC** | Case number *(If known)* **20-60321** |
|---|---|---|
| | Name | |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$696,748.89

**24.** **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value ___0.00___ Valuation method ___None___ Current Value ___0.00___

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **(4) office desks $50 each - (200)** **(6) office chairs $20 each - (120)** **(6) 4-Drawer Filing Cabinets $20 each - (120)** | $440.00 | Liquidation | $440.00 |
| **Kitchen equipment (3,000)** **Walk-In Cooler/Freezer (1,500)** **(2) Reach-In Coolers (600)** | $5,100.00 | Liquidation | $5,100.00 |
| **Approx. 53 Beds (3,000)** | $3,000.00 | Liquidation | $3,000.00 |
| **Approx. 29 Electric fireplaces (1450)** | $1,450.00 | Liquidation | $1,450.00 |
| **Approx 32 picnic tables** | $1,600.00 | Liquidation | $1,600.00 |
| **Tables and chairs per cabin units** | $1,200.00 | Liquidation | $1,200.00 |
| **Sofas** **Futons** **Loveseats** | $500.00 | Liquidation | $500.00 |

**40.** **Office fixtures**

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor   **North Texas Marina Investments, LLC**          Case number *(If known)*  **20-60321**
Name

| | | | |
|---|---|---|---|
| **Aprox. 29 Stoves** | **$1,000.00** | **Liquidation** | **$1,000.00** |
| **Approx. 29 mini-refrigerators** | **$725.00** | **Liquidation** | **$725.00** |

41.   **Office equipment, including all computer equipment and communication systems equipment and software**
**(3) HP All-in-One Desktop Computers $100 each - (300)**
**(1) Dell Ispirion Desktop Computer w/ monitor $50 - (50)**
**(1) HP OfficeJet Pro 8740 printer $25 - (25)**
**(1) Canon Color ImageClass MF733cdw printer $25 - (25)**

| | | | |
|---|---|---|---|
| **(2) Brother printers $20 each - (40)** | **$440.00** | **Liquidation** | **$440.00** |
| **(2) Speed Queen Commercial Washing Machines $200 each - (400)** **(2) Speed Queen Commercial Dryers $200 each - (400)** | **$800.00** | **Liquidation** | **$800.00** |
| **Telephones** **Office software** | **$100.00** | **Liquidation** | **$100.00** |
| **Various tools and equipment** | **$2,000.00** | **Liquidation** | **$2,000.00** |
| **Approx 28 32" TVs (1400)** **1 50" TV (100)** | **$1,500.00** | **Liquidation** | **$1,500.00** |
| **Wifi routers and equipment** | **$100.00** | **Liquidation** | **$100.00** |
| **29 Satellite channel boxes** | **$50.00** | **Liquidation** | **$50.00** |
| **Approx. 150 life vests** | **$750.00** | **Liquidation** | **$750.00** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1.   **Various art and display collectibles** | **$200.00** | **Liquidation** | **$200.00** |

43.   **Total of Part 7.**                                                                              **$20,955.00**
Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **North Texas Marina Investments, LLC** | Case number *(If known)* **20-60321** |
| --- | --- | --- |
| | Name | |

---

**Part 8:**     **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **John Deere Backhoe** | **$35,000.00** | **Market** | **$35,000.00** |
| 47.2.   **Honey wagon septic vacumn truck (large)** | **$18,000.00** | **Market** | **$18,000.00** |
| 47.3.   **Honey wagon septic vacumn truck (small)** | **$5,500.00** | **Market** | **$5,500.00** |
| 47.4.   **Work Truck** | **$4,000.00** | **Market** | **$4,000.00** |
| 47.5.   **Camper** | **$12,000.00** | **Market** | **$12,000.00** |
| 47.6.   **Van** | **$4,000.00** | **Market** | **$4,000.00** |
| 47.7.   **Case Tractor** | **$15,000.00** | **Market** | **$15,000.00** |
| **48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.   **Beachcomber Pontoon** | **$7,000.00** | **Market** | **$7,000.00** |
| 48.2.   **VIP Ski Boat** | **$1,500.00** | **Market** | **$1,500.00** |
| 48.3.   **Bryant Ski Boat** | **$30,000.00** | **Market** | **$30,000.00** |
| 48.4.   **Monterey Ski Boat** | **$7,500.00** | **Market** | **$7,500.00** |
| 48.5.   **Larson Ski Boat** | **$7,500.00** | **Market** | **$7,500.00** |
| 48.6.   **Ebbtide Ski Boat** | **$7,500.00** | **Market** | **$7,500.00** |
| 48.7.   **Hrricane Deck Boat (small)** | **$12,000.00** | **Market** | **$12,000.00** |
| 48.8.   **Hurricane Deck Boat (large)** | **$17,000.00** | **Market** | **$17,000.00** |
| 48.9.   **Sweetwater Pontoon (large)** | **$14,000.00** | **Market** | **$14,000.00** |

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor  **North Texas Marina Investments, LLC**          Case number *(If known)*  **20-60321**
Name

| 48.10. | Sweetwater Pontoon (small) | $11,500.00 | Market | $11,500.00 |
|---|---|---|---|---|
| 48.11. | Veranda Pontoon | $28,000.00 | Market | $28,000.00 |
| 48.12. | Skeeter Bass Boat | $6,000.00 | Market | $6,000.00 |
| 48.13. | Work barge | $8,000.00 | Market | $8,000.00 |
| 48.14. | Yellow Jet Ski | $4,000.00 | Market | $4,000.00 |
| 48.15. | Blue Jet Ski | $7,000.00 | Market | $7,000.00 |
| 48.16. | Black & Gold Jet Ski | $7,500.00 | Market | $7,500.00 |
| 48.17. | Black & Blue Jet Ski | $7,500.00 | Market | $7,500.00 |
| 48.18. | John Deer Mule | $1,000.00 | Market | $1,000.00 |
| 48.19. | Lawnmower (zero turn) | $3,500.00 | Market | $3,500.00 |
| 48.20. | Grave Lawnmower (large zero turn) | $7,000.00 | Market | $7,000.00 |
| 48.21. | EasyGo Golf Cart w/o Cargo Bin | $2,500.00 | Market | $2,500.00 |
| 48.22. | Easy Go Golf Cart with Cargo Bin | $3,000.00 | Market | $3,000.00 |
| 48.23. | Golf Cart Multi Passenger | $6,000.00 | Market | $6,000.00 |
| 48.24. | Polaris Ranger | $9,000.00 | Market | $9,000.00 |
| 48.25. | Forklift | $4,000.00 | Market | $4,000.00 |
| 48.26. | SkyTrak Lift Vehicle | $5,000.00 | Market | $5,000.00 |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **North Texas Marina Investments, LLC** | Case number *(If known)* | **20-60321** |
| --- | --- | --- | --- |
| | Name | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 48.27. | **16' Utility Trailer** | $300.00 | **Market** | $300.00 |
| 48.28. | **Canoes** **Kayaks** **Paddle boards** | $2,500.00 | **Liquidation** | $2,500.00 |

**49.**  Aircraft and accessories

**50.**  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

**51.**  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$320,800.00

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **112 County Road 1710, Clifton, TX 76634-3921** | **Fee Simple** | **$1,815,842.00** | **Market** | **$1,815,842.00** |

**56.**  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$1,815,842.00

**57.**  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
■ Yes

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **North Texas Marina Investments, LLC** | Case number *(If known)* **20-60321** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** **https://www.unclegusmarina.com/** | **$1,500.00** | **Liquidation** | **$1,500.00** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** **Customer / mailing list** | **$1,000.00** | **Market** | **$1,000.00** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** **Goodwill** | **unknown** | **Market** | **unknown** |

| 66. | **Total of Part 10.** | **$2,500.00** |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| | **Argonaut Insurance Company - General Liability** | **$0.00** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor **North Texas Marina Investments, LLC**
Name

Case number *(If known)* **20-60321**

| | |
|---|---|
| **Argonaut Insurance Company - Piers and Wharves** | **$0.00** |

| | |
|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| | |
|---|---|
| **Billboard** | **$1,000.00** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$1,000.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **North Texas Marina Investments, LLC** | Case number *(If known)* **20-60321** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $33,324.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,910.48 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $696,748.89 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,955.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $320,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................................> | | $1,815,842.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,500.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,080,238.72 | + 91b. $1,815,842.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,896,080.72 |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Fill in this information to identify the case: |
| --- |

Debtor name **North Texas Marina Investments, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS, WACO DIVISION

Case number (if known) **20-60321**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Bosque County Tax Assessor - Collector** Creditor's Name | Describe debtor's property that is subject to a lien **112 County Road 1710, Clifton, TX 76634-3921** | $89,000.00 | $1,815,842.00 |

**PO Box 346**
**Meridian, TX 76665-0346**
Creditor's mailing address

Describe the lien
**Real and business personal property**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**09/12/2017**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Bosque County Tax Assessor - Collector**
**2. Liston Waddle and Norman Dozier**
**3. Liston Waddle**
**4. Norman Dozier**
**5. Scheef & Stone, L.L.P.**

| **2.2** **Liston Waddle** Creditor's Name | Describe debtor's property that is subject to a lien **112 County Road 1710, Clifton, TX 76634-3921** | $350,000.00 | $1,815,842.00 |
| --- | --- | --- | --- |

**3246 N Interstate 35 E**
**Lancaster, TX 75134-1544**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor  **North Texas Marina Investments, LLC**
_____
Name

Case number (if known)  **20-60321**

---

**Date debt was incurred**
**12/05/2018**
**Last 4 digits of account number**
**xxxx**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Bosque County Tax Assessor - Collector**
**2. Liston Waddle and Norman Dozier**
**3. Liston Waddle**
**4. Norman Dozier**
**5. Scheef & Stone, L.L.P.**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Liston Waddle and Norman Dozier** | | $675,000.00 | $1,815,842.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**112 County Road 1710, Clifton, TX 76634-3921**

**PO Box 2587**
**Abilene, TX 79604-2587**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**11/17/2017**
**Last 4 digits of account number**
**xxxx**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Bosque County Tax Assessor - Collector**
**2. Liston Waddle and Norman Dozier**
**3. Liston Waddle**
**4. Norman Dozier**
**5. Scheef & Stone, L.L.P.**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Norman Dozier** | | $348,891.30 | $1,815,842.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**112 County Road 1710, Clifton, TX 76634-3921**

**PO Box 2587**
**Abilene, TX 79604-2587**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**12/05/2018**
**Last 4 digits of account number**

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 2 of 4

| Debtor | **North Texas Marina Investments, LLC** | Case number (if known) | **20-60321** |
|---|---|---|---|
| | Name | | |

**xxxx**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Bosque County Tax Assessor - Collector**
**2. Liston Waddle and Norman Dozier**
**3. Liston Waddle**
**4. Norman Dozier**
**5. Scheef & Stone, L.L.P.**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Scheef & Stone, L.L.P.** | Describe debtor's property that is subject to a lien | $459,893.85 | $1,815,842.00 |
|---|---|---|---|---|
| | Creditor's Name | **All non-exempt property of Debtor** | | |

**Multiple Plaintiffs - CaseCV19061**
**2600 Network Blvd Ste 400**
**Frisco, TX 75034-6010**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**10/25/2019**

**Last 4 digits of account number**
**9061**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Bosque County Tax Assessor - Collector**
**2. Liston Waddle and Norman Dozier**
**3. Liston Waddle**
**4. Norman Dozier**
**5. Scheef & Stone, L.L.P.**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,922,785.15 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **8 Portions, LLC**<br>**Amy Vie, Managing Member**<br>**PO Box 10884**<br>**Zephyr Cove, NV 89448-2884** | Line  **2.5** | **9061** |

---

| Debtor | North Texas Marina Investments, LLC | Case number (if known) | 20-60321 |
| --- | --- | --- | --- |
| | Name | | |

| | | |
| --- | --- | --- |
| **Arlene Susan Mandell**<br>**39875 Teal Dr**<br>**Murrieta, CA 92562-4060** | Line __2.5__ | **9061** |
| **Belinda Petty**<br>**Nature's Essential Oil Wellness Solo K**<br>**6900 Westcliff Dr Ste 603**<br>**Las Vegas, NV 89145-0199** | Line __2.5__ | **9061** |
| **Cynthia C Penar**<br>**429 Tall Grass Cir Ste 150**<br>**Lake Zurich, IL 60047-2836** | Line __2.5__ | **9061** |
| **Jennywren Enterprises, LLC**<br>**C/o Janice and Harvey Galloway**<br>**PO Box 10884**<br>**Zephyr Cove, NV 89448-2884** | Line __2.5__ | **9061** |
| **Judy Lawyer**<br>**C/O Scheef & Stone, L.L.P.**<br>**2600 Network Blvd Ste 400**<br>**Frisco, TX 75034-6010** | Line __2.5__ | **9061** |
| **Laura Schakosky International Corp**<br>**1403 Slocum St Apt 310**<br>**Dallas, TX 75207-3805** | Line __2.5__ | **9061** |
| **Outlaw Trail RV Park, LLC**<br>**9650 6000 S St**<br>**Jensen, UT 84035** | Line __2.5__ | **9061** |
| **Tara LeDay**<br>**PO Box 1269**<br>**Round Rock, TX 78680-1269** | Line __2.1__ | |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name __**North Texas Marina Investments, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS, WACO DIVISION__

Case number (if known) __**20-60321**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
| --- | --- | --- |

**3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,265.82**

**Cliett Refrigeration, Inc**

PO Box 864
Hillsboro, TX 76645-0864

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __01/25/2020__

Basis for the claim: _

Last 4 digits of account number __XXXX__

Is the claim subject to offset? ☑ No  ☐ Yes

**3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,304.00**

**Compsource Mutual Insurance Company**

1901 N Walnut Ave
Oklahoma City, OK 73105-3209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2014__

Basis for the claim: _

Last 4 digits of account number __2297__

Is the claim subject to offset? ☑ No  ☐ Yes

**3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,424.83**

**Donovan Marine**

6316 Humphreys St
New Orleans, LA 70123-3159

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019 - 2020__

Basis for the claim: _

Last 4 digits of account number __8981__

Is the claim subject to offset? ☑ No  ☐ Yes

**3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,600.00**

**Gary Cox**
C/o Naman Howell Smith & Lee
400 Austin Ave Ste 800
Waco, TX 76701-2145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __02/2020__

Basis for the claim: _

Last 4 digits of account number __XXXX__

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **North Texas Marina Investments, LLC** | Case number (if known) | **20-60321** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,938.38** |
|---|---|---|---|

**Kellogg Marine Supply**
**Land N Sea Distributing, Inc.**
**PO Box 951905**
**Dallas, TX 75395-1905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: __

Last 4 digits of account number **5263**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,535.00** |
|---|---|---|---|

**Lakelander & Tacklebox Publications**

**PO Box 1727**
**Whitney, TX 76692-1727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: __

Last 4 digits of account number **1490**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,470.24** |
|---|---|---|---|

**Myatt Fuels**

**202 N Avenue B**
**Clifton, TX 76634-1711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/2020**

Basis for the claim: __

Last 4 digits of account number **XXXX**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,415.94** |
|---|---|---|---|

**Reliant Energy**

**910 Louisiana St # 13104C**
**Houston, TX 77002-4916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/2020**

Basis for the claim: __

Last 4 digits of account number **6299**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,031.04** |
|---|---|---|---|

**Yamaha Parts**

**3065 Chastain Meadows Pkwy Ste 100**
**Marietta, GA 30066-3325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: __

Last 4 digits of account number **2854**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **John B Fisher III** **510 N Valley Mills Dr Ste 301** **Waco, TX** | Line **3.7** ☐ Not listed. Explain ___ | **XXXX** |

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 105,985.25 |

Debtor  **North Texas Marina Investments, LLC**

Name

Case number (if known)  **20-60321**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.  $ 105,985.25

**Fill in this information to identify the case:**

Debtor name  **North Texas Marina Investments, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS, WACO DIVISION

Case number (if known)  **20-60321**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 **National Marina Recovery, LLC** | **112 County Road 1710 Clifton, TX 76634-3921** | **Scheef & Stone, L.L.P.** | ☑ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Richard Lance Deal** | **112 County Road 1710 Clifton, TX 76634-3921** | **Liston Waddle and Norman Dozier** | ☑ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Richard Lance Deal** | **112 County Road 1710 Clifton, TX 76634-3921** | **Scheef & Stone, L.L.P.** | ☑ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **North Texas Marina Investments, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS, WACO DIVISION

Case number (if known)  **20-60321**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space K14.** | |
| State the term remaining | **Expires 07/01/2020** | **Bill Heiney** |
| List the contract number of any government contract | **K14** | **10473 Champion Forest Loop** **Conroe, TX 77303-3729** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space B04.** | |
| State the term remaining | | **Charles Mentesana** |
| List the contract number of any government contract | **B04** | **3212 Clymer Dr** **Plano, TX 75025-5327** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space H06.** | |
| State the term remaining | **Expires 10/25/2020** | **Craig Lantz** |
| List the contract number of any government contract | **H06** | **19215 Ramsey Rd** **Crosby, TX 77532-7609** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space K16.** | |
| State the term remaining | **Expires 08/03/2020** | **Daniel & Cynthia McGuire** |
| List the contract number of any government contract | **K16** | **2731 Neblina Ct** **Grand Prairie, TX 75054-0046** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor 1 | **North Texas Marina Investments, LLC** | | | Case number *(if known)* | **20-60321** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space A17.** | |
|---|---|---|---|
| | State the term remaining | **Expires 07/29/2020** | **David Diehr** |
| | List the contract number of any government contract | **A17** | **204 Cedar Elm Dr**<br>**Whitney, TX 76692-4984** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space B08.** | |
|---|---|---|---|
| | State the term remaining | **Expires 05/01/2020** | **David Luke** |
| | List the contract number of any government contract | **B08** | **310 County Road 1710**<br>**Clifton, TX 76634-3924** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space H11.** | |
|---|---|---|---|
| | State the term remaining | **09/06/2020** | **Dennis Caughron** |
| | List the contract number of any government contract | **H11** | **296 Juniper Cove Rd**<br>**Whitney, TX 76692-4893** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space J08.** | |
|---|---|---|---|
| | State the term remaining | **Expires 09/03/2020** | **Dennis Kruse** |
| | List the contract number of any government contract | **J08** | **PO Box 5479**<br>**Laguna Park, TX 76644-5479** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Satellite TV service** | |
|---|---|---|---|
| | State the term remaining | | **DirecTv**<br>**AT&T/Directv Customer Service** |
| | List the contract number of any government contract | | **PO Box 5007**<br>**Carol Stream, IL 60197-5007** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space A18.** | |
|---|---|---|---|
| | State the term remaining | **Expires 3/30/2021** | **Driscoll Jenkins**<br>**159 Counry Rd**<br>**Clifton, TX 76634** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor 1 | **North Texas Marina Investments, LLC** | | Case number *(if known)* | **20-60321** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | List the contract number of any government contract | **A18** | |
|---|---|---|---|

---

| **2.11.** | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space K11.** | |
|---|---|---|---|
| | State the term remaining | **Expires 08/23/2020** | **Gary Love** |
| | List the contract number of any government contract | **K11** | **1930 Malone Clifview**<br>**Dallas, TX 75201** |

---

| **2.12.** | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space K10.** | |
|---|---|---|---|
| | State the term remaining | **Expires 06/17/2020** | **George Reid** |
| | List the contract number of any government contract | **K10** | **1125 Whispering Oaks # China**<br>**China Spring, TX 76633-3504** |

---

| **2.13.** | State what the contract or lease is for and the nature of the debtor's interest | **Small out Building** | |
|---|---|---|---|
| | State the term remaining | | **Hometowne Capital** |
| | List the contract number of any government contract | | **PO Box 100201**<br>**Nashville, TN 37224-0201** |

---

| **2.14.** | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space H01.** | |
|---|---|---|---|
| | State the term remaining | **Expires 07/01/2020** | **James Harris** |
| | List the contract number of any government contract | **H01** | **163 Pal Dr**<br>**Kerrville, TX 78028-9630** |

---

| **2.15.** | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space A08.** | |
|---|---|---|---|
| | State the term remaining | | **John Anderson** |
| | List the contract number of any government contract | **A08** | **807 Evergreen Ct**<br>**Keller, TX 76248-3281** |

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor 1 | **North Texas Marina Investments, LLC** | | | Case number *(if known)* | **20-60321** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

**Wet slip lease for space H08.**

State the term remaining

List the contract number of any government contract    **H08**

John Hobson
1005 Matthew St
Burleson, TX 76028-6431

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

**Wet slip lease for space K06.**

State the term remaining    **Expires 06/20/2020**

List the contract number of any government contract    **K06**

John Kellan
212 S David St
Burleson, TX 76028-3140

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

**Wet slip lease for space A15.**

State the term remaining

List the contract number of any government contract    **A15**

Joseph Gains
3422 Imperial Dr
Gatesville, TX 76528-2647

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

**Wet slip lease for space K13.**

State the term remaining    **Expires 10/01/2020**

List the contract number of any government contract    **K13**

Ken Scales
201 N Colorado St
Whitney, TX 76692-2517

---

**2.20.** State what the contract or lease is for and the nature of the debtor's interest

**Wet slip lease for space J12.**

State the term remaining    **Expires 05/20/2020**

List the contract number of any government contract    **J12**

Kyle Nicotre
4117 Highway 6
Clifton, TX 76634-5151

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest

**Wet slip lease for space B09.**

State the term remaining

Larry Gilmore
701 S Westmoreland Rd
Waxahachie, TX 75167-9283

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor 1 | **North Texas Marina Investments, LLC** | | Case number *(if known)* | **20-60321** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | List the contract number of any government contract | **B09** | |
|---|---|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space K12.** | |
|---|---|---|---|
| | State the term remaining | | **Mark Rush**<br>**511 County Road 1812**<br>**Clifton, TX 76634-3218** |
| | List the contract number of any government contract | **K12** | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space J07.** | |
|---|---|---|---|
| | State the term remaining | **Expires 09/01/2020** | **Michael Grimes**<br>**PO Box 13382**<br>**Austin, TX 78711-3382** |
| | List the contract number of any government contract | **J07** | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space J06.** | |
|---|---|---|---|
| | State the term remaining | **Expires 07/04/2020** | **Nathan and Kristy Powers**<br>**22724 Kobs Rd**<br>**Tomball, TX 77377-3608** |
| | List the contract number of any government contract | **J06** | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space.** | |
|---|---|---|---|
| | State the term remaining | **Expires 03/10/2021** | **Neil Hawkes**<br>**711 Birch Brook Dr**<br>**Leander, TX 78641-2934** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space F02.** | |
|---|---|---|---|
| | State the term remaining | **Expires 02/14/2021** | **Richard Hall**<br>**300 S Preston Hollow Rd**<br>**Fort Worth, TX 76101** |
| | List the contract number of any government contract | **F02** | |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1  **North Texas Marina Investments, LLC**                    Case number *(if known)*  **20-60321**
          First Name        Middle Name        Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space D15.** | |
|---|---|---|---|
| | State the term remaining | **Expires 04/10/2021** | **Robert Burnett** |
| | List the contract number of any government contract | **D15** | **163 County Road 1723** **Clifton, TX 76634-3933** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space K09.** | |
|---|---|---|---|
| | State the term remaining | **Expires 08/30/2020** | **Robert Hoover** |
| | List the contract number of any government contract | **K09** | **1128 Gabriel Ln** **Fort Worth, TX 76116-1634** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space B10.** | |
|---|---|---|---|
| | State the term remaining | **Expires 05/29/2020** | **Ronald Ward** |
| | List the contract number of any government contract | **B10** | **393 Private Rd** **Meridian, TX 76665** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space K05.** | |
|---|---|---|---|
| | State the term remaining | **Expires 08/22/2020** | **Shawn Erwin** |
| | List the contract number of any government contract | **K05** | **231 County Road 1733** **Clifton, TX 76634-3947** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space J14.** | |
|---|---|---|---|
| | State the term remaining | **Expires 09/25/2020** | **Shirley Gardner** |
| | List the contract number of any government contract | **J14** | **1364 Green Hills Ct** **Duncanville, TX 75137-2842** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space A13.** | |
|---|---|---|---|
| | State the term remaining | | **Steve Murphy** **12315 Cross Creek Dr** **Dallas, TX 75243-4605** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1  **North Texas Marina Investments, LLC**
First Name          Middle Name          Last Name

Case number *(if known)*  **20-60321**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract  **A13** | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Wet slip lease for space B07.** | |
|---|---|---|---|
| | State the term remaining | | **Wayne Woodard** |
| | List the contract number of any government contract | **B07** | **228 County Road 1710** **Clifton, TX 76634-3923** |

**Fill in this information to identify the case:**

Debtor name  **North Texas Marina Investments, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS, WACO DIVISION

Case number (if known)  **20-60321**

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 26, 2020**          X **/s/ Richard Lance Deal**
                                          Signature of individual signing on behalf of debtor

                                          **Richard Lance Deal**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

# United States Bankruptcy Court
## Western District of Texas, Waco Division

In re    **North Texas Marina Investments, LLC**      Case No.    **20-60321**

Debtor(s)      Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **National Marina Recovery, LLC**<br>**112 County Road 1710**<br>**Clifton, TX 76634-3921** | **Preferred Stockholder** | **100** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **May 26, 2020**      Signature    **/s/ Richard Lance Deal**

**Richard Lance Deal**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas, Waco Division

In re  **North Texas Marina Investments, LLC**                    Case No.  **20-60321**

                                                    Debtor(s)            Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

For legal services, I have agreed to accept ........................................  $  _____

Prior to the filing of this statement I have received ..................  $  _____

Balance Due ..............................................................................  $  _____

■  **RETAINER**

For legal services, I have agreed to accept and received a retainer of ........  $       **2,500.00**

The undersigned shall bill against the retainer at an hourly rate of ..........  $        **275.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

   ■  Debtor        ☐  Other (specify):

3.  The source of compensation to be paid to me is:

   ■  Debtor        ☐  Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re  **North Texas Marina Investments, LLC**                    Case No.   **20-60321**
_____                          _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
(Continuation Sheet)

| |
|---|
| **CERTIFICATION**<br><br>    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>**May 26, 2020**                                         **/s/ Jason Gallini**<br>_Date_                                                          **Jason Gallini**<br>                                                                       _Signature of Attorney_<br>                                                                       **The Gallini Firm, PLLC**<br><br>                                                                       **PO Box 1283**<br>                                                                       **Round Rock, TX 78680-1283**<br>                                                                       **(512) 238-8883   Fax: (512) 276-6742**<br>                                                                       **jasongallini@gallinifirm.com**<br>                                                                       _Name of law firm_ |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name  **North Texas Marina Investments, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS, WACO DIVISION

Case number (if known)  **20-60321**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$259,008.81** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$1,048,954.36** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$1,115,720.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **North Texas Marina Investments, LLC** | Case number *(if known)* | **20-60321** |
|---|---|---|---|

adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **8 Portions LLC, et al v North Texas Marina Investments, LLC, Et al 19601** | **Breach of contract and other causes of action** | **220th Judicial District Court 110 N Main Meridian, TX 76665-4817** | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **North Texas Marina Investments, LLC** | Case number *(if known)* | **20-60321** |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:  Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Gallini Firm, PLLC<br>PO Box 1283<br>Round Rock, TX 78680** | | **05/2020** | **$2,500.00** |
| | Email or website address<br>**www.glawfirms.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **North Texas Marina Investments, LLC** | Case number (if known) 20-60321 |
| --- | --- | --- |

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **North Texas Marina Investments, LLC** | Case number *(if known)* | **20-60321** |
| --- | --- | --- | --- |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **John N Anderson**<br>**807 Evergreen Ct**<br>**Keller, TX 76248-3281** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **1988 Stratos** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **James K Berg**<br>**PO Box 197**<br>**Spring Branch, TX 78070-0197** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **1985 Galaxie** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Robert Burnett**<br>**163 County Road 1723**<br>**Clifton, TX 76634-3933** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2015 Harris Flotbote** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Dennis Caughron**<br>**296 Juniper Cove Rd**<br>**Whitney, TX 76692-4893** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2016 Tracker Marine** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **David Diehr**<br>**204 Cedar Elm Dr**<br>**Whitney, TX 76692-4984** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2000 Mariah 20' Fiberglass** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Frances A Erwin**<br>**231 County Road 1733**<br>**Clifton, TX 76634-3947** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2018 Sun Tracker 20'** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Shirley M Garner**<br>**1364 Green Hills Ct**<br>**Duncanville, TX 75137-2842** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2015 Xpress 23' 6" Aluminum** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Larry W Gilmore**<br>**701 S Westmoreland Rd**<br>**Waxahachie, TX 75167-9283** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2017 Avalon 23' Aluminum** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **John M. Grimes**<br>**2009 Real Catorce Dr**<br>**Austin, TX 78746-7382** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2008 Chaparral 22' 4"**<br>**Fiberglass** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Richard A Hall**<br>**2721 Townsend Dr**<br>**Ft Worth, TX 76110-2938** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2018 Regal LS4 24' 2"** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **James Harris**<br>**163 Pal Dr**<br>**Kerrville, TX 78028-9630** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2005 Bass Tracker 17' 4"**<br>**Aluminum** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **William Heiney**<br>**515 N Avenue K**<br>**Clifton, TX 76634-1435** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2017 Nauticstar 21'**<br>**Fiberglass** | **$0.00** |

| Debtor | **North Texas Marina Investments, LLC** | Case number *(if known)* | **20-60321** |
|---|---|---|---|

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **John Hobson**<br>**1005 Matthew St**<br>**Burleson, TX 76028-6431** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2009 Cypress Cay 20'**<br>**Aluminum** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Robert Hoover**<br>**1128 Gabriel Ln**<br>**Ft Worth, TX 76116-1634** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2001 Hurricane 20' 1"**<br>**Fiberglass** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Driscoll D Jenkins**<br>**159 County Road 1734**<br>**Clifton, TX 76634-4063** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2002 Sun Tracker 21'**<br>**Aluminum** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **John E Kellan**<br>**116 County Road 1604**<br>**Clifton, TX 76634-4512** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2001 Voyager 21' Aluminum** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Dennis Kruse**<br>**PO Box 5479**<br>**Laguna Park, TX 76644** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **1994 Sun Tracker 30'**<br>**Aluminum** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Murry Lantz**<br>**19215 Ramsey Rd**<br>**Crosby, TX 77532-7609** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2008 Triton 20' Aluminum** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Gary Love**<br>**1930 Malone Cliff Vw**<br>**Dallas, TX 75208-1729** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2005 Bennington 22'**<br>**Aluminum** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Cynthia McGuire**<br>**2731 Neblina Ct**<br>**Grand Prairie, TX 75054-0046** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2014 Bennington 22 SFX 21'**<br>**Aluminum** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Charles A Mentesana**<br>**83025 Angels Dr Apt 2413**<br>**Plano, TX 75023** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2016 Xpress 22' 8" Aluminum** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ronald S Murphy**<br>**12315 Cross Creek Dr**<br>**Dallas, TX 75243-4605** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2003 Chaparral 23' Fiberglass** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Kyle A. Nicotre**<br>**631 County Road 3220**<br>**Clifton, TX 76634-4713** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2016 Malibu 23'5" Fiberglass** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Nathan W Powers**<br>**22724 Kobs Rd**<br>**Tomball, TX 77377-3608** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2002 Parti Kraft 24'**<br>**Fiberglass** | **$0.00** |

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor  **North Texas Marina Investments, LLC**  Case number *(if known)* **20-60321**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **David Prock**<br>**7911 Cleburne Hwy**<br>**Granbury, TX 76049-2205** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **1992 Parti Craft 24'**<br>**Aluminium** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **George E Reid**<br>**1125 Whispering Oaks China**<br>**Spring, TX 77373** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2007 Azure 25' Fiberglass** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Lorana A Rush**<br>**511 County Road 1812**<br>**Clifton, TX 76634** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2014 Bennington 21'6"**<br>**Aluminum** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ken Scales**<br>**201 N Colorado St Ste 2**<br>**Whitney, TX 76692-2517** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **2004 Tracker Marine 19' 7"**<br>**Aluminum** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ronald D Ward**<br>**4205 Oak Springs Dr**<br>**Arlington, TX 76016-4509** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **1995 Robalo 23' 2" Fiberglass** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Lewis W Woodard**<br>**228 County Road 1710**<br>**Clifton, TX 76634-3923** | **112 County Road 1710**<br>**Clifton, TX 76634-3921** | **1987 Sea Ray 22' 6"**<br>**Fiberglass** | **$0.00** |

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

| Debtor | **North Texas Marina Investments, LLC** | Case number *(if known)* | **20-60321** |

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Jennifer Maddox**<br>**1415 S Center St**<br>**Arlington, TX 76010-2865** | **01/2019 - 03/2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Jennifer Maddox**<br>**1415 S Center St**<br>**Arlington, TX 76010-2865** | **01/2019 - 03/2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Richard Lance Deal**<br>**112 County Road 1710 Cabin 10**<br>**Clifton,** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| Debtor | **North Texas Marina Investments, LLC** | Case number *(if known)* | **20-60321** |
|---|---|---|---|

| 27.1 . | Name of the person who supervised the taking of the inventory<br>**Barry Houck and Mike Sabia** | Date of inventory<br>**05/01/2019 - Shop parts** | The dollar amount and basis (cost, market, or other basis) of each inventory<br>**Unknown** |
|---|---|---|---|
| | Name and address of the person who has possession of inventory records<br>**Richard Lance Deal<br>112 County Road 1710<br>Clifton, TX 76634-3921** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard Lance Deal | 112 County Road 1710 Cabin 10 Clifton, | President (100% owner of holding company National Marina Recovery, LLC) | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| National Marina Recovery, LLC | 112 County Road 1710 Clifton, TX 76634-3921 | Manager | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No<br>
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No<br>
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | | | 04/24/2020<br>04/10/2020<br>01/31/2020<br>01/03/2020<br>12/20/2019<br>11/22/2019<br>11/08/2019<br>08/16/2019<br>07/05/2019<br>06/21/2019<br>05/24/2019<br>05/10/2019 | |
| | **Deitra Deal<br>112 County Road 1710 Cabin 10<br>Clifton,** | $18,200.00 | | Services rendered as an employee |
| | Relationship to debtor<br>**Spouse of President/Owner** | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

| Debtor | **North Texas Marina Investments, LLC** | Case number *(if known)* | **20-60321** |
|---|---|---|---|

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**May 26, 2020**__

__**/s/ Richard Lance Deal**__                        __**Richard Lance Deal**__
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor   __**President**__

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes