**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| NORTH TEXAS MARINA | § | Case No. 20-60321-rbk |
| INVESTMENTS, LLC, | § | |
| Debtor. | § | Chapter 7 |

**NOTICE OF MOTION TO SELL PROPERTY**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

Notice is hereby given that the Chapter 7 Trustee has filed his *Motion to Sell Property of the Bankruptcy Estate Free and Clear of Liens and Other Interests and for Payment of Auctioneer's Fees and Expenses of Sale* (the "Motion") pursuant to 11 U.S.C. § 363(b) and (f) as follows. The Trustee further asserts that said property is wholly owned by the Bankruptcy Estate.

PROPERTY
DESCRIPTION: All of Debtor's non-exempt tangible personal property formerly used in connection with his business, as listed on the Conversion Schedules.

DATE AND TIME
OF SALE: 10:00 a.m., Saturday, August 21, 2021

PLACE OF SALE: Uncle Gus' Marina, 112 County Rd. 1710, Clifton, Texas 76634.

TERMS: Free and clear of all liens and interests, with all valid claims of ownership and unavoidable liens to attach to the proceeds of sale.

IDENTITY OF
AUCTIONEER: As reflected in the Application to Retain Auctioneer, Bill Hall of Bill Hall Auctioneers, Inc.

RATE OF
AUCTIONEER'S
COMPENSATION: As reflected in the Application to Retain Auctioneer, ten percent (10%) of the gross sales price, plus reasonable expenses, with a 10% buyer's premium to be paid to the Auctioneer by any buyers.

GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
bcumings@gdhm.com

By: */s/ Brian T. Cumings*
　　　Brian T. Cumings

EXH 2 **Parties in interest can view Auctioneer's website for information on property and preview times available (https://www.billhallauctioneer.com/)**