**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 20-60321-rbk |
| **NORTH TEXAS MARINA** | § | |
| **INVESTMENTS, LLC,** | § | |
| | § | **Chapter 7** |
| Debtors. | § | |

**REPORT OF SALE OF ESTATE ASSET**

COMES NOW James Studensky, Trustee ("Trustee"), the duly appointed and acting trustee in the above-captioned bankruptcy case, and files this his *Report of Sale of Estate Asset* (the "Report of Sale").

1. The property sold was the Debtor's real property located in Bosque County, Texas (the "Property") [see Dkt. No. 205].

2. The sale (the "Sale") was conducted in accordance with this Court's order dated September 22, 2021 (the "Order"). The purchaser was Grandoc's Marina, LLC ("Purchaser") and the price paid by Purchaser in conjunction with the purchase of the Property was $35,000.00.

3. The Trustee has received the $35,000.00, which has been deposited into the Estate's bank account. The fully executed special warranty deed transferring the Property to Purchaser has been provided to Purchaser.

WHEREFORE PREMISES CONSIDERED, James Studensky, Chapter 7 Trustee, requests that the Court accept this Report of Sale.

Respectfully submitted,

By: */s/ James Studensky*
      James Studensky, Chapter 7 Trustee

        GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
Facsimile: 512.536.9926
bcumings@gdhm.com

By:/s/ Brian T. Cumings
    Brian T. Cumings
    State Bar No. 24082882

**COUNSEL FOR CH. 7 TRUSTEE**

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 7th day of October, 2021, I electronically filed this Report of Sale with the Clerk of Court using the CM/ECF system which will send notification of such filing to those receiving electronic service, and service is being made by U.S. First Class Mail as reflected below.

| | |
|---|---|
| Office of the United States Trustee<br>903 San Jacinto, Room 230<br>Austin, TX 78701 | James Studensky, Chapter 7 Trustee<br>3912 W. Waco Dr.<br>Waco, TX 76710 |
| North Texas Marina Investments, LLC<br>112 County Road 1710<br>Cabin 10<br>Clifton, TX 76634<br>*Debtor* | S. Jason Gallini<br>The Gallini Firm, PLLC<br>PO Box 1283<br>Round Rock, TX 78680<br>*Debtors' Counsel* |

By:*/s/ Brian T. Cumings*
    Brian T. Cumings