IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NORTH TEXAS MARINA | § | CASE NO. 20-60321-rbk |
| INVESTMENTS, LLC, | § | |
| Debtor | § | CHAPTER 7 |

## CERTIFICATE OF SERVICE

I hereby certify that the attached Summary of Trustee's Application for Compensation and Expenses and Notice of Final Report(NFR) have each been forwarded on the 15th day of June, 2022, by first class mail, postage pre-paid, to all parties in the attached mailing matrix.

Dated: June 15, 2022

Respectfully submitted,

/s/ James E. Studensky
James E. Studensky
Chapter 7 Trustee
3912 W. Waco Drive
Waco, Texas 76710
254-776-9630   254-296-0190(fax)
jstudensky.trustee@outlook.com

| | | |
|---|---|---|
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | 8 Portions, LLC<br>Amy Vie, Managing Member<br>PO Box 10884<br>Zephyr Cove, NV 89448-2884 | Adrienne Greer<br>8032 County Road 3700<br>Murchison, TX 75778-2928 |
| Alfred L. Ray and Gay Y. Miller Ray<br>1561 County Road 710<br>Joshua, TX 76058-4856 | Allen Hadaway<br>505 N 6th St<br>Canadian, TX 79014-2811 | Allison Smith<br>728 S Union St<br>Kennewick, WA 99336-4325 |
| Ally Bank<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Amanda Gutierrez<br>1982 State Road 44<br>New Smyrna Beach, FL 32168-8349 | Amber and Trey Hanner<br>208 Rock Meadow Trl<br>Mansfield, TX 76063-4848 |
| Amber Dart<br>18516 Silent Water Way<br>Pflugerville, TX 78660-5530 | AndreaFletcher<br>602 Barkley Dr<br>Hamilton, TX 76531-2404 | Andrew Sunter<br>2415 Levante St<br>Carlsbad, CA 92009-8020 |
| Anne Chastain<br>150 Quarter Horse Rd<br>Whitney, TX 76692-4780 | AnthonyBusceme<br>1234 Sonny Granger Rd<br>Dequincy, LA 70633-4641 | April Roberts<br>108 Brendan Woods Ln<br>Conroe, TX 77384-3733 |
| Arlene Susan Mandell<br>39875 Teal Dr<br>Murrieta, CA 92562-4060 | Ashley Holland<br>2901 County Road 220<br>Gatesville, TX 76528-3211 | AshleyCarbone<br>11881 Cape Royal Ln<br>Frisco, TX 75033-8302 |
| AT&T Capital Services<br>13160 Collection Center Dr<br>Chicago, IL 60693-0131 | Barry Merrill<br>PO Box 2573<br>Glen Rose, TX 76043-2573 | Belinda Petty<br>Nature's Essential Oil Wellness Sol<br>6900 Westcliff Dr Ste 603<br>Las Vegas, NV 89145-0199 |
| Bill Adams<br>3570 County Road 513<br>Hamilton, TX 76531-3440 | Bill and Susan Borg<br>39283 Cedar Trl<br>Whitney, TX 76692-3101 | Bill Heiney<br>10473 Champion Forest Loop<br>Conroe, TX 77303-3729 |
| Blaine Faglie<br>314 Canyon Creek Cir<br>Weatherford, TX 76087-4041 | Bobby Bell<br>2739 High Meadow Dr<br>Little Elm, TX 75068-2863 | Bosque County<br>c/o Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| Bosque County Attorney<br>PO Box 215<br>Meridian, TX 76665-0215 | Bosque County Tax Assessor - Collector<br>PO Box 346<br>Meridian, TX 76665-0346 | BradleyHunter<br>578 Wild Wood Dr<br>Decatur, TX 76234-4771 |

| | | |
|---|---|---|
| Brady Tyson<br>3102 Crockett St<br>3102 Crockett St<br>Granbury, TX 76049-7976 | BrandonBenfer<br>445 N Cedar Ridge Cir<br>Robinson, TX 76706-5685 | Brandy Childers<br>4649 S Drive West Ft<br>Fort Worth, TX 76101 |
| Brent Helton<br>604 Apple Cross Ct<br>Waco, TX 76706-5341 | Bret Bishop<br>312 Landy Dr<br>Burleson, TX 76028 | Brian Cope<br>4428 Deering Dr<br>Fort Worth, TX 76114-3873 |
| Brian Hunter<br>411 Brushy Creek Rd<br>Red Oak, TX 75154-7407 | Bruce & Deborah<br>10025 FM 114<br>10025 FM 114<br>Avery, TX 75554-6858 | Bruce Baker<br>813 McAnear St<br>Cleburne, TX 76033-5264 |
| Bryan Stewart<br>1014 S Jackson St # Mc<br>Mc Gregor, TX 76657-2005 | Byron Fuller<br>5409 County Road 913<br>Godley, TX 76044-3383 | Capital Accounts<br>Attn: Bankruptcy Dept<br>PO Box 140065<br>Nashville, TN 37214-0065 |
| Carl Mentesana<br>9900 N. Central Expressway #350<br>Dallas, TX 75231-0917 | Carol Hixson<br>300 Trailridge Cir<br>Corsicana, TX 75110-8678 | Casey Leymann<br>5321 Village Spg<br>Kingwood, TX 77339-1216 |
| Charles Mentesana<br>3212 Clymer Dr<br>Plano, TX 75025-5327 | CharlesBlair<br>955 Tiffany St<br>Azle, TX 76020-6217 | CharlieDurham<br>2222 S Pipeline Rd W<br>Euless, TX 76040-6717 |
| Chelo Gable<br>PO Box 1225<br>Vashon, WA 98070-1225 | Chris Erwin<br>5017 Royal Dr<br>Fort Worth, TX 76116-8829 | Christina Collins<br>1607 W 4th St<br>Freeport, TX 77541-5105 |
| Christopher Gano<br>1396 Roadrunner Trl<br>Riesel, TX 76682-2635 | ChristyCreach<br>1543 County Road 710<br>Joshua, TX 76058-4856 | ChristyHicks<br>112 County Road 1710<br>Clifton, TX 76634-3921 |
| Classic Financing Used Boats LLC<br>3222 Blue Haven Way<br>Wylie, TX 75098-6420 | Clay Cockrell<br>196 County Road 4265<br>Clifton, TX 76634-3619 | Cliett Refrigeration, Inc<br>PO Box 864<br>Hillsboro, TX 76645-0864 |
| Clint Barton<br>4119 Rustle Cv<br>Georgetown, TX 78628-2103 | Clint Crawford<br>512 Wood St<br>Royse City, TX 75189-2551 | Compsource Mutual Insurance Company<br>1901 N Walnut Ave<br>Oklahoma City, OK 73105-3295 |

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548

Connie Barker
111 Marion St
Marble Falls, TX 78654-6409

Corinne Barker
111 Marion St
Marble Falls, TX 78654-6409

Craig Lantz
19215 Ramsey Rd
Crosby, TX 77532-7609

Curtis Stewart
PO Box 848
Sabinal, TX 78881-0848

Cynthia C Penar
429 Tall Grass Cir Ste 150
Lake Zurich, IL 60047-2836

Cynthia Penar
429 Tallgrass Circle #156
Lake Zurich, IL 60047-2836

Dalan Adams
6280 Hepton Ln
Lewiston, ID 83501-7995

Dan & Kim Foster
2900 Amherst Ave # Ae
Dallas, TX 75225-7805

Daniel & Cynthia McGuire
2731 Neblina Ct
Grand Prairie, TX 75054-0046

Daniel Goeppner
4017 Lakecliff Dr
Harker Heights, TX 76548-8608

Danielle Richardson
1232 HCR 2128
Whitney, TX 76692-5115

Danny Baas
5660 Woodcrest Dr
Fort Worth, TX 76140-9526

Darla Medley
3412 4th St
Brownwood, TX 76801-6526

Darrell Pellacani
8628 Ephraim Rd
Austin, TX 78717-5414

David Birch
PO Box 1360
Graham, TX 76450-1360

David Diehr
204 Cedar Elm Dr
Whitney, TX 76692-4984

David Finley
506 S Sugartree Dr
Lipan, TX 76462-4341

David Gallion
12150 W State Highway 36
Temple, TX 76502-6968

David Key
3206 Sawmill Way
Mansfield, TX 76063-5667

David Luke
310 County Road 1710
Clifton, TX 76634-3924

DeborahKinsel
PO Box 127
Purdon, TX 76679-0127

Dena York
3026 Oak Ridge Rd
Crawford, TX 76638-2637

Denise Collins
1249 County Road 435
De Leon, TX 76444-6138

Dennis Caughron
296 Juniper Cove Rd
Whitney, TX 76692-4893

Dennis Kruse
PO Box 5479
Laguna Park, TX 76644-5479

Dianne Griffin
509 W Main St
Post, TX 79356-3122

DianneGriffin
509 W Main St
Post, TX 79356-3122

Directv, LLC
by American InfoSource as agent
PO Box 5072
Carol Stream, IL 60197-5072

Donovan Marine
6316 Humphreys St
New Orleans, LA 70123-3159

| | | |
|---|---|---|
| Doug Wood<br>6521 Tabor St<br>Richland Hills, TX 76180-8071 | Driscoll Jenkins<br>159 Counry Rd<br>Clifton, TX 76634 | Earnestine Nickel<br>904 Saint Andrews Pl<br>Desoto, TX 75115-2132 |
| Edmon Harvey Craig<br>200 Walnut Hill Ave<br>Hillsboro, TX 76645-9520 | Erica Aragon<br>3111 Kimmreo<br>Dallas, TX 75201 | Fonda Tate<br>PO Box 2508<br>Whitney, TX 76692-5508 |
| Frank Christman<br>213 County Road 1710<br>Clifton, TX 76634-3922 | Gary Cox<br>C/o Naman Howell Smith & Lee<br>400 Austin Ave Ste 800<br>Waco, TX 76701-2145 | Gary E. Cox<br>400 Austin Ave., Suite 800<br>Waco, TX 76701-2145 |
| Gary Eskew<br>31587 Huffman Cleveland Rd<br>Huffman, TX 77336-3270 | Gary Love<br>1930 Malone Clifview<br>Dallas, TX 75208-1729 | George Reid<br>1125 Whispering Oaks # China<br>China Spring, TX 76633-3504 |
| George Williams<br>841 Green Valley Cir<br>Burleson, TX 76028-1365 | GeorgiaCole<br>715 W Royal Ave<br>Temple, TX 76501-1258 | Gerry Brinkman<br>57 Richard Rd<br>Farmingdale, NJ 07727-3719 |
| Greg Belcher<br>947 County Road 239<br>Hico, TX 76457-2648 | Greg Eskew<br>11408 Westridge Rd<br>Brenham, TX 77833-9308 | Gus Chavira<br>3206 Starlight Vis<br>Round Rock, TX 78665-6264 |
| Guy Eskew<br>2915 Ross Rd<br>Elm Mott, TX 76640-3629 | HaleighDeal<br>296 Cedar Elm Dr # B<br>Whitney, TX 76692-4984 | Haley Harrelson<br>3680 County Road 2156<br>Caddo Mills, TX 75135-6545 |
| Hayley Hugues<br>5425 Shallow Creek Dr<br>Midlothian, TX 76065-6027 | Heidi Stevens<br>908 Slippery Elm Dr<br>Red Oak, TX 75154-5626 | Hometowne Capital<br>PO Box 100201<br>Nashville, TN 37224-0201 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Jacy Herrera<br>507 S Ave<br>L Clifton, TX 76634 | James Black<br>813 Mr Haney Dr<br>Midlothian, TX 76065-2571 |
| James Harris<br>163 Pal Dr<br>Kerrville, TX 78028-9630 | Jamey Hodge<br>6415 Big Oak Ct<br>Arlington, TX 76001-5365 | Jamie Hartman<br>9006 W Pointer Ln<br>Austin, TX 78758-6443 |

| | | |
|---|---|---|
| Jana Blake<br>954 Highland Hills Dr<br>Frisco, TX 75036-8858 | Jason Cummings<br>430 liberty Hill Rd<br>Mc Gregor, TX 76657 | Jason D Murray<br>650 Canyon Edge<br>Canyon Lake, TX 78133-3408 |
| Jayme Paulsen<br>4320 Hidden Park Dr<br>Pflugerville, TX 78660-5573 | JeannieCopeland<br>109 Stella Ln<br>Springtown, TX 76082-6241 | Jennifer Blanton<br>140 Pecan Grove Dr<br>Campobello, SC 29322-8444 |
| Jennifer Edwards<br>1309 Woodvine Dr<br>Euless, TX 76040-6442 | Jennifer Young<br>4905 FM 1181<br>Ennis, TX 75119-5530 | Jennywren Enterprises, LLC<br>C/o Janice and Harvey Galloway<br>PO Box 10884<br>Zephyr Cove, NV 89448-2884 |
| Jeremy Collins<br>1000 Thisslemead Cir<br>Burleson, TX 76028-6795 | Jerry Dillard<br>19355 N Elm Loop<br>Temple, TX 76501-3401 | Jesse Cedillo<br>129 Cottonwood St<br>Fort Worth, TX 76111-6522 |
| JessicaLang<br>1351 High Mdw<br>Nevada, TX 75173-1207 | Jim Blair<br>6151 W Fitzhugh Rd<br>Dripping Springs, TX 78620-2453 | Jim Howard<br>213 Northwood Ct<br>Granbury, TX 76049-5732 |
| JIM W. HOWARD<br>213 NORTHWOOD CT<br>GRANBURY COURT, TX 76049-5732 | Joann Hupp<br>12450 FM 730 N<br>Azle, TX 76020-5242 | Jody Baggett<br>527 N Avenue W<br>Clifton, TX 76634-1116 |
| Joe Main<br>PO Box 489<br>Springtown, TX 76082-0489 | Joe Rivera<br>400 Austin Ave., Suite 800<br>Waco, TX 76701-2145 | Joe Stewart<br>5600 Aloha Dr<br>Richland, WA 99353-7918 |
| John Anderson<br>807 Evergreen Ct<br>Keller, TX 76248-3281 | John Hobson<br>1005 Matthew St<br>Burleson, TX 76028-6431 | John Kellan<br>212 S David St<br>Burleson, TX 76028-3140 |
| Jonathan and Jana Blake<br>954 Highland Hills Drive<br>Frisco, TX 75036-8858 | JoseGarcia<br>81 Oak Trl<br>Belton, TX 76513-6268 | Joseph Gains<br>3422 Imperial Dr<br>Gatesville, TX 76528-2647 |
| JosephBlanton<br>PO Box 332<br>Meridian, TX 76665-0332 | Joshua Downey<br>1612 Harbor Crest Dr # 1925<br>Bedford, TX 76021 | Judy Lawyer<br>C/O Scheef & Stone, L.L.P.<br>2600 Network Blvd Ste 400<br>Frisco, TX 75034-6010 |

| | | |
|---|---|---|
| Justin Holleman<br>915 S Avenue N<br>Clifton, TX  76634-2339 | Kari Royal<br>1015 Lakeshore Dr<br>Mesquite, TX  75149-5807 | Karl Buresh<br>4403 Glenbrook Ct<br>Mansfield, TX  76063-3500 |
| Kathy Lynn Roland<br>11554 Old Military Trail<br>Forney, TX 75126-7627 | Kathy Molina<br>2103 Old Calf Creek Rd<br>Brady, TX  76825-7229 | Kathy Toblery<br>PO Box 5550<br>Granbury, TX  76049-0550 |
| Kay Bailey<br>PO Box 21<br>Chico, TX  76431-0021 | Kayla Marek<br>106 N Andrews Dr<br>Waco, TX  76706-5415 | Keith KCannon<br>814 Bosque<br>Meridian, TX  76665-4509 |
| Kellogg Marine Supply<br>Land N Sea Distributing, Inc.<br>PO Box 951905<br>Dallas, TX  75395-1905 | Kelly Gill<br>PO Box 3679<br>Abilene, TX  79604-3679 | Kelsey Griffin<br>500 N Judge Ely Blvd<br>Abilene, TX  79601-6501 |
| Ken Bishop<br>110 Camelot Ct<br>Weatherford, TX  76086-5907 | Ken Scales<br>201 N Colorado St<br>Whitney, TX  76692-2517 | Kevin Green<br>183 Lane Dr<br>Woodway, TX  76712-2763 |
| Kevin Jones<br>3923 County Road 801<br>Cleburne, TX  76031-7746 | Kim Bundy<br>1300 Meadowview Dr<br>Kennedale, TX  76060-2858 | Kirk Bryant<br>2015 E Amazon St<br>Portales, NM  88130-9233 |
| Kourtlynn Alvis<br>2453 Cottondale Rd<br>Springtown, TX  76082-3824 | KristiArchibald<br>9105 Lochgreen Ln<br>Rowlett, TX  75089-9572 | Kristina Byrd<br>622 Park St<br>Marlin, TX  76661-3179 |
| Kyle Nicotre<br>4117 Highway 6<br>Clifton, TX  76634-5151 | Lakelander & Tacklebox Publications<br>PO Box 1727<br>Whitney, TX  76692-1727 | Landry Bosher<br>211 Rock Springs Ct<br>Waxahachie, TX  75165-5302 |
| Larry Gilmore<br>701 S Westmoreland Rd<br>Waxahachie, TX  75167-9283 | Laura Malinda Helton<br>879 Wiggins Road<br>West Texas 76691<br>West, TX  76691-1962 | Laura Schakosky International Corp<br>1403 Slocum St Apt 310<br>Dallas, TX  75207-3805 |
| Lauren MacGibbon<br>635 Falcon Dr<br>Woodway, TX  76712-3526 | Lea Batey<br>2516 Crystal Dr<br>Temple, TX  76502-7387 | Leslie Hamon<br>1108 Cozby Ct W<br>Fort Worth, TX  76126-3472 |

Linda Blythe
110 Valley Vista St
Early, TX 76802-3326

Linda Kite
1703 Henderson St
Sweetwater, TX 79556-7832

Linda Main
PO Box 1785
Springtown, TX 76082-1785

Liston Waddle
C/O Kelly Gill
P.O. Box 3679
Abilene, Texas 79604-3679

Liston Waddle
3246 N. Interstate 35E
Lancaster, TX 75134-1544

Luke Crosby
1329 Waco Turner
Royse City, TX 75189-2418

MalindaHelton
879 Wiggins Rd
West, TX 76691-1962

Mandi Bishop
208 Westminster
Forney, TX 75126-4018

Mandy Florence
112 County Road 1710
Clifton, TX 76634-3921

Mark Estep
9964 State Highway 171
Covington, TX 76636-4001

Mark Hernandez
2116 Tennyson Dr
Flower Mound, TX 75028-3735

Mark Hughes
112 County Road 1710
Clifton, TX 76634-3921

Mark Rush
511 County Road 1812
Clifton, TX 76634-3218

Martell James
3095 Blue Mountain Dr
Broomfield, CO 80023-4701

Mary Graf
458 Tight Wad Rd
Grandview, TX 76050-6924

Matt Cochrell
960 Old Crawford Rd
Crawford, TX 76638-2869

Matt Mathis
132 Stagecoach Dr
Red Oak, TX 75154-5030

MelissaAllphin
1518 Cheyenne Trl
Granbury, TX 76048-6146

MelissaBanks
PO Box 2205
Glen Rose, TX 76043-2205

Michael Grimes
PO Box 13382
Austin, TX 78711-3382

MichaelGrimes
2909 Real Catorce
Austin, TX 73301-0001

Mike Erlanson
512 Aspen Incline Dr
Hewitt, TX 76643-3628

Mike Glover
6517 Deer Horn Dr
Fort Worth, TX 76179-2599

MirandaAllison
1620 FM 107
Gatesville, TX 76528-4072

Misty Hightower
301 W Allen Ave
Godley, TX 76044-4734

Misty Miller
1533 County Road 710
Joshua, TX 76058-4856

Mitch Jackson
205 Hamp Hl
Hico, TX 76457-6273

Monte Nodwell
990 Highway 287 N # 106-158
Mansfield, TX 76063-2607

Myatt Fuels
202 N Avenue B
Clifton, TX 76634-1711

Mysti Boehler
112 County Road 1710
Clifton, TX 76634-3921

| | | |
|---|---|---|
| Nathan and Kristy Powers<br>22724 Kobs Rd<br>Tomball, TX 77377-3608 | Neil Hawkes<br>711 Birch Brook Dr<br>Leander, TX 78641-2934 | Nick Badovinus<br>1338 Rainbow Dr<br>Dallas, TX 75208-2626 |
| Norman Dozier<br>PO Box 2587<br>Abilene, TX 79604-2587 | Norman Dozier<br>C/O Kelly Gill<br>P.O. Box 3679<br>Abilene, Texas 79604-3679 | North Texas Marina Investments, LLC<br>112 County Road 1710<br>Cabin 10<br>Clifton, TX 76634-3921 |
| Outlaw Trail RV Park, LLC<br>9650 6000 S St<br>Jensen, UT 84035-9736 | PaulGuion<br>1046 Chesapeake Dr<br>Mansfield, TX 76063-6309 | Penny Bell<br>113 Quial Mdw<br>Rio Vista, TX 76093 |
| Randle Crawford<br>112 County Road 1710<br>Clifton, TX 76634-3921 | RANDY VAUGHN<br>1703 COUNTY ROAD 310<br>Gainesville, TX 76240 | RebeccaStewart<br>520 Morris Ave<br>Larned, KS 67550-2844 |
| Regina Evard<br>1650 E Tulsa St<br>Gilbert, AZ 85295-5649 | Reliant Energy<br>910 Louisiana St # 13104C<br>Houston, TX 77002-4914 | Reliant Energy Retail Services, LLC<br>Attention: Bankruptcy Department<br>P.O. Box 1046<br>Houston, TX 77251-1046 |
| Renee Burden<br>297 Timberwood Trl<br>Quinlan, TX 75474-2726 | Republic Services<br>PO Box 78829<br>Phoenix, AZ 85062-8829 | Richard Hall<br>300 S Preston Hollow Rd<br>Fort Worth, TX 76101 |
| Richard Prater<br>110 PR 202<br>Aquilla, TX 76622-2431 | Richelle Voughn<br>41 Willowbrook Ct<br>Martindale, TX 78655-3833 | RickeyBrasuell<br>3606 Alice St # 2<br>Galveston, TX 77554-9204 |
| Robert Brown<br>1145 Whistle Stock Dr<br>Fort Worth, TX 76131-4921 | Robert Convery<br>185 Private Rd<br>Morgan, TX 76671 | Robert Eskew<br>6711 Barker Bend Ln<br>Katy, TX 77449-0120 |
| Robert Hoover<br>1128 Gabriel Ln<br>Fort Worth, TX 76116-1634 | Robert Lane Burnett<br>163 County Road 1723<br>Clifton, TX 76634-3933 | Robert Priddy<br>61 Private 136<br>Mullin, TX 76864-3231 |
| Robert Walker<br>4312 County 617<br>Alvarado, TX 76009-6140 | Rodney W. Simpson<br>16618 Arrington Road<br>Miles, TX 76861-5125 | RodrickBryant<br>1704 New Hope Rd<br>Hubbard, TX 76648 |

Roger Galloway
4605 Kelly Elliott Rd
Arlington, TX 76017-1353

Ronald Ward
393 Private Rd
Meridian, TX 76665

Roy Guthrie
7750 N Macarthur Blvd Ste 120-340
Irving, TX 75063-7514

Roy Layne
6137 County Road 319
Alvarado, TX 76009-8488

S. Jason Gallini
The Gallini Firm, PLLC
PO Box 1283
Round Rock, TX 78680-1283

Sarah Collins
500 Conveyor Dr
Joshua, TX 76058-2828

Sarah Randall
311 Champions Dr
Georgetown, TX 78628-1186

Scheef & Stone, L.L.P.
Multiple Plaintiffs - CaseCV19061
2600 Network Blvd Ste 400
Frisco, TX 75034-6010

Sean Fuller
2800 Galaxy St
Granbury, TX 76049-1352

Sharon Cambell
1414 Okesa Rd
Bartlesville, OK 74003

Shawn Erwin
231 County Road 1733
Clifton, TX 76634-3947

shawn heath
304 County Road 1524
Morgan, TX 76671-3166

Sheila Arnold
357 HC 2115
Whitney, TX 76692-4846

Shelly Arlt
4139 E Windsor Dr
Gilbert, AZ 85296-2389

Shelly Washburn
6332 E US Highway 84
Gatesville, TX 76528-4082

Sherry Carpenter
757 Caroline Pkwy Apt 1208
Irving, TX 75014

ShirleyGarner
1364 Green Hills Ct
Duncanville, TX 75137-2842

SondraHoward
1208 Whispering Mdws # Mds
Crowley, TX 76036-3419

Sonja Blanton
203 Main St
Blanket, TX 76432-2097

Sonya Howard
10600 Bear Creek Rd
Weatherford, TX 76087-5918

SphereCommerce LLC
600 E Las Colinas Blvd
Suite 1200
Irving, TX 75039-5611

SphereCommerce LLC
600 E Las Colinas Blvd
Suite 1200
600 E Las Colinas Blvd, Suite 1200
Irving, TX 75039-5611

Starr Heath
1605 County Road 710
Joshua, TX 76058-4855

Stephanie Powell
1413 WACO TURNER
1413 WACO TURNER
Royse City, TX 75189-2433

Stephen W. Sather
SubV Chapter 11 Trustee
7320 N MoPac Expy Ste 400
Austin, TX 78731-2347

Steve and Kerri Watson, LLC
PO Box 246
Hamilton, TX 76531-0246

Steve Cassedy
4324 County Road 617
Alvarado, TX 76009-6140

Steve Murphy
12315 Cross Creek Dr
Dallas, TX 75243-4605

Steven Bass
U.S. Attorney's Office
903 San Jacinto Blvd., Ste. 334
Austin, TX 78701-2449

SummerMills
405 County Road 244
Hico, TX 76457-6180

| | | |
|---|---|---|
| Tabatha Burrows<br>316 FM 2412<br>Gatesville, TX  76528-3565 | Tammy Barnett<br>2705 Hay Valley Rd<br>Gatesville, TX  76528-3634 | Tammy Beeson<br>1181 County Road 1111<br>Decatur, TX  76234-5803 |
| Tammy Brown<br>17518 Heath Grove Ln<br>Richmond, TX  77407-8030 | Tara LeDay<br>Bosque County<br>PO Box 1269<br>Round Rock, TX  78680-1269 | Teresa Hicks<br>1509 Cindy Ln<br>Cleburne, TX  76033-6554 |
| teresamullaney<br>314 N Thrash St<br>Granbury, TX  76048-2066 | Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>Room 556<br>101 E. 15th Street<br>Austin, TX 78778-0001 | The Gallini Firm, PLLC<br>PO Box 1283<br>Round Rock, TX  78680-1283 |
| The Reporter<br>c/o April Sanders<br>PO Box 569<br>Hillsboro, TX  76645-0569 | TheresaCox<br>3604 Stallion Dr<br>Killeen, TX  76549-4408 | Thomas E.Berg<br>1949 San Miguel Dr<br>Plano, TX  75074-3629 |
| Tim Bankston<br>2702 Highway 174<br>Kopperl, TX  76652-4668 | Tim Chambers<br>2300 County Road 314B<br>Cleburne, TX  76031-8864 | Tommy Balensiefen<br>13637 Cherokee Ranch Rd<br>Roanoke, TX  76262-4514 |
| Tonya Albrecht<br>PO Box 326<br>Clifton, TX  76634-0326 | Tonya Dees<br>802 Ridgeway Rd<br>Joshua, TX  76058-6148 | Trey Goodwin<br>2300 County Road 1102<br>Grandview, TX  76050-4004 |
| Trisha Cavett<br>8017 Loma Ln<br>Godley, TX  76044-1143 | U.S. Attorney's Office<br>601 NW Loop 410 Ste 600<br>San Antonio, TX  78216-5512 | United States Trustee - WA12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| US Army Corp of Engineers<br>1100 Commerce St<br>Dallas, TX 75242-0996 | Verizon Wireless<br>Attn: Verizon Bankruptcy<br>500 Technology Dr Ste 500<br>Saint Charles, MO  63304-2225 | Wayne Woodard<br>228 County Road 1710<br>Clifton, TX  76634-3923 |
| Wesley Beeman<br>152 County Road 2330<br>Meridian, TX  76665-2820 | Wesley Hitt<br>1347 PR Highway 2120<br>Meridian, TX  76665 | WhitnieGonzales<br>10512 Melrose Ln<br>Keller, TX  76244-6358 |
| Yamaha Parts<br>3065 Chastain Meadows Pkwy Ste 100<br>Marietta, GA  30066-3325 | Zack Crawford<br>207 Sperry Ln<br>Red Oak, TX  75154-4057 | |